Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

PHILIP CHEUNG, an individual,

Plaintiff,

v.

CHALOGY, INC., a California Corporation; and DOES 1-10,

Defendants.

Case No.

COMPLAINT FOR COPYRIGHT INFRINGEMENT

**Jury Trial Demanded**

Plaintiff Philip Cheung hereby prays to this Court for relief based on the following:

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq.*

2. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a)-(b).

3. Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) because this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

**PARTIES**

4. Plaintiff Philip Cheung is an award-winning professional photographer residing in Los Angeles. His work covers a range of photographic projects, including the Russian invasion of Ukraine, the Los Angeles wildfires, the history of Chinese railroad workers in America, and the portraiture of celebrities and public figures. His photographs have been exhibited across North America and Europe and have been licensed by his dozens of internationally renowned editorial and commercial clients.

5. Upon information and belief, Defendant Chalogy, Inc. is a California corporation with a principal place of business located at 3731 Wilshire Blvd, Suite 508, Los Angeles, CA 90010. Chalogy owns, operates, and/or controls the commercial website chalogybeauty.com, its associated social media pages instagram.com/saturday_skin and facebook.com/saturdayskinus, and their related/affiliated subdomains, mobile websites, and applications (collectively, "Defendants' Website").

6. Upon information and belief, Defendants Does 1-10, are other parties not yet identified who have infringed the asserted copyrights, have contributed to the infringement of those copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual, or otherwise, of Doe Defendants are presently unknown to Plaintiff, which therefore sues Doe Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when the same have been ascertained.

7. Upon information and belief, each Defendant was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the other Defendants, and was at all times acting within the scope of such agency, affiliation, alter-ego relationship, and/or employment; and actively participated in, subsequently ratified, and/or adopted each of the acts or conduct alleged, with full

knowledge of each violation of Plaintiff's rights and the damages to Plaintiff's proximately caused thereby.

## DEFENDANTS' UNAUTHORIZED USES OF THE SUBJECT PHOTOGRAPH

8. Cheung took and owns the copyright in an original photograph registered with the Copyright Office (the "Subject Photograph").

9. Following the publication and display of the Subject Photograph, Defendants, and each of them, copied, displayed, reproduced, and/or distributed the Subject Photograph for commercial purposes on Defendants' Website without a license, authorization, or consent from Cheung.

| Subject Photograph | Unauthorized Copies |
|---|---|
|  03.02.2025.oscarsnyt8 |  facebook.com/saturdayskinus/posts/pfbid05DdVKXVZ1MJiVDzUCYGq1j8P8vKppgVUREvffDuBt9BGTdgtkt32FeCU2tsR66cml   instagram.com/p/DGv3PhPSVOB/ |

## FIRST CLAIM FOR RELIEF

**(For Copyright Infringement – Against All Defendants)**

10. Plaintiff incorporates by reference the allegations contained in the preceding paragraphs.

11. Upon information and belief, Defendants, and each of them, accessed the Subject Photograph by, among other things, viewing the Subject Photograph at Plaintiff's website(s), profiles, exhibitions, and/or social media pages; through third-party publications, websites, or Internet search engines; and/or because the above-referenced unauthorized copies are strikingly similar to the Subject Photograph.

12. Upon information and belief, Defendants, and each of them, displayed, reproduced, and/or distributed copies of the Subject Photograph for commercial purposes on Defendants' Website without a license, authorization, or consent from Plaintiff.

13. Due to Defendants' acts of copyright infringement, Plaintiff has suffered damages in an amount to be established at trial.

14. Due to Defendants' acts of copyright infringement, Defendants, and each of them, have obtained profits they would not have realized but for their infringement of the copyrights in the Subject Photograph. As such, Plaintiff is entitled to disgorgement of Defendants' profits attributable to Defendants' infringement of the copyrights in the Subject Photograph in an amount to be established at trial.

15. Upon information and belief, Defendants, and each of them, infringed the copyrights in the Subject Photograph willfully, with reckless disregard, or with willful blindness.

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays for judgment as follows:

a. That Defendants, each of them, their respective agents, and anyone working in concert with Defendants' and/or their agents, be enjoined from copying, storing, displaying, reproducing, distributing, and/or otherwise exploiting the Subject Photograph without a license, authorization, or consent from Plaintiff in a manner that infringes the copyrights in the Subject Photograph;

b. That Plaintiff be awarded all Defendants' profits, and all Plaintiff's losses, attributable to Defendants' infringement, the exact sum to be proven at the time of trial; or alternatively, if elected, statutory damages as available under 17 U.S.C. § 504;

c. That Plaintiff be awarded its costs and fees as available under 17 U.S.C. § 505;

d. That Plaintiff be awarded pre-judgment interest as allowed by law;

e. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

**JURY DEMAND**

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Respectfully submitted,

Dated: September 11, 2026 By: /s/ *Stephen M. Doniger*

Stephen M. Doniger, Esq.
Benjamin F. Tookey, Esq.
DONIGER/BURROUGHS
*Attorneys for Plaintiff*